UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID EDWIN AVILA,

        Plaintiff,

v.                                        Case No: 6:14-cv-1699-Orl-18KRS

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

## ORDER

This cause came on for consideration on Defendant Commissioner of Social Security's (the "Commissioner") Opposed Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (Doc. 13) (the "Motion to Dismiss"), to which Plaintiff David Edwin Avila ("Avila") filed a response in opposition (Doc. 15). On June 8, 2015, Magistrate Judge Karla R. Spaulding issued a report and recommendation (the "Report and Recommendation") (Doc. 21) on the Motion to Dismiss, wherein Judge Spaulding recommends that the Motion Dismiss be granted. (*Id.* at 1.) Judge Spaulding also specifically recommends that "the Court find that Avila has not established a colorable constitutional claim because he has been afforded all the process he was due on the question of whether [his] 2006 [application for dependent adult child benefits] should be reopened." (*Id.* at 4.) Additionally, Judge Spaulding recommends that "the Court find that it does not have subject matter jurisdiction in this case and direct the Clerk of Court to close the file." (*Id.*) On June 22, 2015, Avila filed objections (Doc. 22) to the Report and Recommendation. The Commissioner filed a response (Doc. 23) to Avila's objections on July 2, 2015.

After review of the record in this matter, including a de novo review of the portions of the Report and Recommendation to which Avila objects, the Court agrees with the findings of fact

and conclusions of law in the Report and Recommendation. Accordingly, it is hereby ordered and adjudged as follows:

1. United States Magistrate Judge Karla R. Spaulding's Report and Recommendation (Doc. 21) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Defendant Commissioner of Social Security's Opposed Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (Doc. 13) is **GRANTED** in that this case is hereby **DISMISSED without prejudice.**[1]

3. The Clerk of the Court is directed to **ENTER JUDGMENT ACCORDINGLY** and to **CLOSE** the file.

**DONE AND ORDERED** in Orlando, Florida, this 3d day of July, 2015.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties

---

[1] The Court notes that the Commissioner asks for dismissal of this case with prejudice in the body of the Motion to Dismiss, and the Court also notes that the Report and Recommendation does not provide a specific recommendation as to whether dismissal should be with or without prejudice. (*See id.* at 1; Doc. 21 at 1, 4.) However, as dismissal for lack of subject matter jurisdiction is not a judgment on the merits, the Court is dismissing this case without prejudice. *See Stalley ex rel. U.S. v. Orlando Reg'l Healthcare Sys., Inc.*, 524 F.3d 1229, 1232 (11th Cir. 2008) ("A dismissal for lack of subject matter jurisdiction is not a judgment on the merits and is entered without prejudice." (citation omitted)).